**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
- and -
2037 Genesee Street
Utica, NY 13501
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Proposed Counsel for Tracie Martyn Inc.*
*Subchapter V, Chapter 11 Debtor and*
*Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRACIE MARTYN INC.,<br><br>Debtor. | Chapter 11; Subchapter V<br><br>Case No.: 26-12600 (DSJ) |

**AFFIDAVIT OF MARIUS MORARIU**
**UNDER LOCAL BANKRUPTCY RULE 1007-2**

**STATE OF NEW JERSEY** )
) **S.S.:**
**COUNTY OF ESSEX** )

I, **MARIUS MORARIU,** of full age, pursuant to 28 U.S.C. § 1746, hereby certifies and declares as follows:

1. I am the President of Tracie Martyn, Inc., the Subchapter V, Chapter 11 debtor (the "Debtor"), in the above captioned matter and submit this Affidavit Under Local Bankruptcy Rule 1007-2.

2. The Debtor filed a voluntary Subchapter V, Chapter 11 bankruptcy petition on November 2, 2026 ("Petition Date"). ECF 1.

3. The Debtor operates a beauty and wellness business in New York City, providing advanced facial spa treatments and related skincare services and selling skincare products. The Debtor has operated its New York City facial spa business for more than twenty-five years and has developed substantial goodwill and a longstanding clientele, including prominent figures in entertainment, fashion and media. The Debtor's financial difficulties began with the COVID-19 pandemic, which significantly reduced bookings and prevented the spa from operating normally for an extended period. To remain in operation and meet its occupancy obligations, the Debtor used available funds to sustain operations, limiting funds available for marketing and other business activities. Although the Debtor continued operating and serving its longstanding clientele after pandemic restrictions were lifted, pandemic-related disruption and resulting liquidity pressure continued for an extended period. The resulting liquidity pressure constrained working capital, while occupancy costs remained as a substantial burden on the Debtor. Although rent at its current premises located at 156 Fifth Avenue, Suite 500, New York, New York 10010 ("156 Fifth Ave.") was significantly lower than its prior location, the lease required a security deposit equal to approximately six months of rent, rather than the approximately three-month deposit. These financial pressures ultimately caused the Debtor to fall into arrears with its landlord for 156 Fifth Ave. ("Landlord") which resulted in a commercial landlord-tenant proceeding and threatened eviction. On November 2, 2026, the Debtor filed its voluntary Subchapter V, Chapter 11 bankruptcy petition to preserve its operating business and workforce and provide an opportunity to restructure its obligations. The Debtor is presently considering several alternatives for its continued operations, including remaining at 156 Fifth Avenue if economically workable terms can be reached, or alternatively, relocating the Debtor to a substantially less expensive premises.

4. This case was not converted from another chapter, and no trustee or creditors' committee has been appointed in this case or any predecessor case. There are no committees of creditors or equity holders that were organized prior to the commencement of Tracie Martyn's bankruptcy case.

5. As of the Petition Date, the holders of the twenty (20) largest unsecured claims with the names, addresses and claim amounts are attached hereto as **Exhibit A**. The Debtor is still reviewing its books and record in order to prepare its schedules.

6. As of the Petition Date, the holders of the five (5) largest secured claims with the names, addresses and claim amounts are attached hereto as **Exhibit B**. The Debtor is still reviewing its books and record in order to prepare its schedules.

7. The Debtor's presently identifiable assets include: (i) approximately $10,850.00 in its operating account as of November 3, 2026, (ii) a lease security deposit of approximately $178,750.00 held by the Landlord, (iii) spa furniture, fixtures, treatment equipment, computers and other operating equipment, and (iv) ordinary merchant-processing and other receivables. The Debtor's presently identifiable gross assets exceed approximately $190,000.00 before assigning a value to equipment and receivables, although the net realizable value of the security deposit is subject to the Landlord's claims and rights of setoff. The Debtor estimates that its total liabilities range from $500,001.00 to $1,000,000.00. The Debtor's review of its books and records is ongoing to determine the approximate amounts of its secured and unsecured indebtedness.

8. The Debtor is a privately held corporation which is owned fully by TM Companies Holdings, Inc.

9. The Debtor has a commercial lease security deposit of approximately $178,750.00 held by the Landlord located at:

156 Fifth Avenue Corp.
c/o HRC Corporation
156 Fifth Avenue, Suite 300
New York, New York 10010
Tel: (212) 807-7664

The Landlord has initiated a commercial landlord-tenant proceeding described more fully below. To the best of the Debtor's knowledge, no other material property is held by another person or entity.

10. The Debtor does not own real estate. The Debtor currently operates from its leased premises at 156 Fifth Avenue, Suite 500, New York, New York 10010. The Debtor is presently considering its options with respect to the premises, including remaining at 156 Fifth Avenue if economically workable terms can be reached and, alternatively, relocating to substantially less expensive premises.

11. The Debtor's principal tangible assets which consist of spa treatment equipment, spa furniture, fixtures, and related operating property are located at 156 Fifth Avenue. The Debtor's banking, payroll, accounting and other business records are maintained electronically. To the best of my knowledge, the Debtor has no material assets located outside the territorial limits of the United States.

12. The Landlord commenced a commercial landlord-tenant action against the Debtor in the Civil Court of the City of New York, County of New York, captioned *156 Fifth Avenue Corp. v. Tracie Martyn, Inc.*, bearing Index No. LT-308614-26/NY to recover possession of the premises for non-payment of rent (the "Eviction Action"). The Eviction Action remains unresolved as the parties continue to address the Debtor's occupancy, the Landlord's claim, and related issues.

To the best of the Debtor's knowledge, there is no other pending or threatened litigation against the Debtor.

13. I, Marius Morariu, am the sole existing senior manager of the Debtor. I co-founded the business and have been involved for more than twenty-five years. As President, I am responsible for the Debtor's overall day-to-day management, financial oversight, strategy, operations, and business affairs.

14. The Debtor has seven employees who are paid biweekly. Recent biweekly payroll has generally ranged from approximately $15,000.00 to $18,000.00. The most recent payroll required approximately $15,310.00. Accordingly, the Debtor expects two biweekly payroll disbursements during the next thirty days totaling approximately $30,000.00 to $36,000.00, equivalent to an average weekly payroll of approximately $7,500.00 to $9,000.00. None of the described payroll represents compensation to me.

15. I do not receive compensation from the Debtor. For the thirty-day period following the Petition Date, the Debtor does not presently propose paying any amounts for services to its officers, directors or stockholders. The Debtor does not presently have a financial or business consultant expected to receive payment for services during that period. Should it become necessary to retain such professionals, any retention will be subject to Court approval. On November 4, 2026, the Debtor filed a retention application to retain McManimon, Scotland & Baumann, LLC as bankruptcy counsel to the Debtor.

16. The Debtor is continuing its investigation and review of its books and records to prepare an accurate schedule of estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue but remain unpaid, other than professional fees,

for the thirty-day period following the Petition Date. Pending completion of that review, the Debtor's preliminary estimates, based on the information presently available, are as follows:

| Category | Description | Approximate Amount |
|---|---|---|
| Cash on hand | Available cash as of November 3, 2026 | $10,850.00 |
| Income | Estimated operating cash receipts—thirty-day period | $70,000.00 |
| Expenses | Estimated employee payroll—thirty-day period (two biweekly payrolls of $15,000.00–$18,000.00 each) | $30,000.00–$36,000.00 |
| Expenses | Current occupancy costs—156 Fifth Avenue (per month) | $32,190.00 |
| Expenses | Professional and general liability insurance—initial renewal deposit; effective November 15, 2026 | $1,535.68 |
| Expenses | Employee health insurance | $3,709.56 |
| Expenses | Property insurance | $1,122.00 |
| Liquidity outlook | Projected thirty-day ending liquidity based on beginning cash, projected receipts, listed expenses, and the current location-cost range; before other ordinary expenses not yet quantified | Approximately $3,500–$10,500 |

The Debtor generated approximately $98,000.00 in service revenue in November 2025. Based on that historical performance, recent operating activity, and anticipated seasonal demand, the Debtor conservatively estimates approximately $70,000.00 of operating cash receipts during the thirty-day period. The Debtor is evaluating its options with respect to the current premises, including remaining at 156 Fifth Avenue if economically workable terms can be reached and, alternatively, relocating to substantially less expensive premises. The Debtor's current monthly location costs are approximately $34,000.00 to $35,000.00, including approximately $32,190.00 in contractual occupancy costs plus utility and waste-removal expenses. Based on projected receipts, beginning cash and the expense ranges presently identified, including the monthly UnitedHealthcare premium and the insurance down payments, the Debtor's preliminary projection indicates positive thirty-day ending liquidity while remaining at 156 Fifth Avenue of approximately $3,500.00 to

$10,500.00 before other ordinary expenses not yet quantified, subject to normal fluctuations. The alternative premises under consideration would have monthly occupancy costs of approximately $7,600.00, including utilities, representing an estimated reduction of approximately $26,000.00 to $28,000.00 per month and a material improvement to recurring cash flow if that alternative is ultimately selected.

I certify, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2026

*/s/ Marius Morariu*
Marius Morariu
President, Tracie Martyn Inc.

Subscribed and Sworn to before me
this 5th day of November 2026

*/s/ Stacy Lipstein*
Stacy Lipstein
A Notary Public of New Jersey
Commission No. 2392087
My Commission Expires 12/16/2029

# EXHIBIT A

156 Fifth Avenue Corp.
c/o HRC Corporation
156 Fifth Avenue, Ste 300
New York, NY 10010
$229,635.41

Chase Ink Business (XX3398)
Mail Code LA2-7100
1414 Woodward Avenue
Ruston, LA 71270-2015
$7,784.79

Chase Ink Unlimited (XX9913)
Mail Code LA2-7100
1414 Woodward Avenue
Ruston, LA 71270-2015
$1,566.44

Chase Ink Unlimited (XX4758)
Mail Code LA2-7100
1414 Woodward Avenue
Ruston, LA 71270-2015
$ 9,993.92

# EXHIBIT B

Accompany Capital, Inc.
11 Broadway, Ste 1515
New York, NY 10004
$127,130.85

Idea 247, Inc. d/b/a Idea Financial
800 NW 62nd Ave, Ste 750
Miami, FL 33126
$84,528.56

SBA – EIDL
409 Third Street SW
Washington, DC 20416

SBA EIDL
PO Box 156059
Fort Worth, TX 76155-2243
$157,280.82

Webank – Loanbuilder
c/o Bill Me Later, Inc.
2211 North First Street
San Jose, CA 95131
$89,873.40